Revised 05/01 WDNY
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

```
FILED
JUL 05 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

___CRAIG ALEXANDER_____
(Name of Plaintiff or Petitioner)

v.

___ANDREW WILMONT, et al_____
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**
_____-CV-_____

I, ___Craig Alexander_____, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1.  Are you presently employed? Yes____ No _✓_
    My Employer's Name and Address is: _____
    _____
    My **Gross** Monthly Wages are: $_____
    If you are not presently employed, state
    Your Last Date of Employment: _____
    Your Gross Monthly Wages at that time: _____
    Is your spouse presently employed? Yes____ No____
    My Spouse's Employer's Name and Address is: _____
    _____
    My Spouse's **Gross** Monthly Wages are $_____

2.  Have you received **any money** from any of the following sources within the past twelve months:
    a. Business, profession or self-employment? Yes____ No _✓_
       If yes, state **source** and **amount received** per month $_____
    b. Rent payments, interest or dividends? Yes____ No _✓_
       If yes, state **source** and **amount received** per month $_____
    c. Pensions, annuities, disability, or life insurance payments? Yes____ No _✓_
       If yes, state **source** and **amount received** per month $_____
    d. Gifts or inheritances? Yes____ No _✓_
       If yes, state **source** and **amount** received per month $_____
    e. Child Support? Yes____ No _✓_
       If yes, state **amount received** each month $_____
    f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes____ No _✓_
       If yes, state **source** and **amount received** per month $_____
    g. Friends, Relatives or any other source? Yes____ No _✓_
       If yes, state **source** and **amount received** per month $_____
    If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
    _____
    _____

3.  What is your total gross monthly income today: $__none_____

4.  How much **cash** do you have on hand? $__none_____
    1

5. How much money do you have in a **checking account(s)**? $ none

6. How much money do you have in a **savings account(s)**? $ none

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____ No ✓
   If so, **describe** the property in detail and give an **estimated value** of the property: _____

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ____ No ✓
   If yes where are you obtaining the money to make such payments: _____

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $_____   Food $_____   Utilities $_____   All other expenses $_____
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   _____

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ____ No ✓
    If the answer is yes, please include the court and date of filing _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 25, 2017          _C. Alexander_
(Date)                              (Applicant's Signature)

---

## PRISON CERTIFICATION SECTION

(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

**I certify** that the movant has the sum of $_____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____

**I further certify** that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 21707052 | Current Institution: | Fort Dix FCI |
| Inmate Name: | ALEXANDER, CRAIG | Housing Unit: | FTD-B-B |
| Report Date: | 05/26/2017 | Living Quarters: | B02-392U |
| Report Time: | 10:48:31 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9057 |
| PAC #: | 689681053 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | Refused |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 11/22/2016 |
| Local Account Activation Date: | 12/7/2016 3:14:05 AM |
| Sort Codes: | |
| Last Account Update: | 5/25/2017 12:04:07 PM |
| Account Status: | Active |
| Phone Balance: | $228.55 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ✓ Payroll   ✓ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $6.90 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/22/2017 10:56:21 AM | TRUL Withdrawal | ($15.00) | TL0622 | | $7.76 |
| 6/21/2017 11:28:27 AM | Sales - Fingerprint | ($9.80) | 1 | | $22.76 |
| 6/21/2017 10:25:28 AM | TRUL Withdrawal | $31.90 | TL0621 | | $32.56 |
| 6/14/2017 11:49:52 AM | Phone Withdrawal | ($111.00) | TFN0614 | | $0.66 |
| 6/14/2017 11:43:09 AM | TRUL Withdrawal | ($30.00) | TL0614 | | $111.66 |
| 6/14/2017 11:12:02 AM | Sales - Fingerprint | ($16.45) | 1 | | $141.66 |
| 6/14/2017 10:30:53 AM | Phone Withdrawal | $157.45 | TFN0614 | | $158.11 |
| 6/9/2017 2:49:52 PM | TRUL Withdrawal | ($2.00) | TL0609 | | $0.66 |
| 6/8/2017 2:03:13 PM | FRP Monthly Pymt | $0.00 | SFRP0617 | | $2.66 |
| 6/1/2017 8:50:12 PM | Phone Withdrawal | ($190.00) | TFN0601 | | $2.66 |
| 6/1/2017 11:15:46 AM | Sales - Fingerprint | ($9.80) | 1 | | $192.66 |
| 6/1/2017 11:14:37 AM | Sales - Fingerprint | $0.00 | 3 | | $202.46 |
| 6/1/2017 11:13:06 AM | Sales - Fingerprint | ($24.80) | 2 | | $202.46 |
| 6/1/2017 7:01:57 AM | Phone Withdrawal | $219.31 | TFN0601 | | $227.26 |
| 5/28/2017 6:59:05 PM | TRUL Withdrawal | $1.05 | TL0528 | | $7.95 |
| 5/25/2017 12:04:07 PM | Phone Withdrawal | ($238.00) | TFN0525 | | $6.90 |
| 5/24/2017 11:23:47 AM | Sales - Fingerprint | $0.00 | 8 | | $244.90 |
| 5/24/2017 6:53:14 AM | Phone Withdrawal | $2.23 | TFN0524 | | $244.90 |
| 5/22/2017 8:27:33 PM | Phone Withdrawal | ($10.00) | TFN0522 | | $242.67 |
| 5/22/2017 8:05:09 PM | Western Union | $200.00 | 33317142 | | $252.67 |
| 5/19/2017 7:04:23 PM | Western Union | $50.00 | 33317139 | | $52.67 |
| 5/11/2017 1:01:46 PM | Sales - Fingerprint | ($39.30) | 37 | | $2.67 |
| 5/11/2017 6:44:40 AM | Phone Withdrawal | $1.19 | TFN0511 | | $41.97 |
| 5/7/2017 4:35:17 PM | Phone Withdrawal | ($1.00) | TFN0507 | | $40.78 |
| 5/5/2017 8:17:10 PM | Phone Withdrawal | ($9.00) | TFN0505 | | $41.78 |
| 5/5/2017 8:04:42 PM | Western Union | $50.00 | 33317125 | | $50.78 |
| 5/4/2017 6:50:01 PM | Phone Withdrawal | ($4.00) | TFN0504 | | $0.78 |
| 5/4/2017 1:37:58 PM | Sales - Fingerprint | ($32.10) | 47 | | $4.78 |
| 5/4/2017 6:03:26 AM | Phone Withdrawal | $0.81 | TFN0504 | | $36.88 |
| 5/3/2017 8:11:27 PM | Phone Withdrawal | ($2.00) | TFN0503 | | $36.07 |
| 5/2/2017 8:44:24 PM | Phone Withdrawal | ($6.00) | TFN0502 | | $38.07 |
| 5/2/2017 4:45:01 PM | Phone Withdrawal | ($6.00) | TFN0502 | | $44.07 |
| 5/2/2017 4:05:26 PM | Western Union | $50.00 | 33317122 | | $50.07 |
| 4/23/2017 9:07:08 PM | Phone Withdrawal | ($8.00) | TFN0423 | | $0.07 |
| 4/22/2017 2:57:41 PM | Phone Withdrawal | ($20.00) | TFN0422 | | $8.07 |
| 4/22/2017 9:08:08 AM | Phone Withdrawal | ($9.00) | TFN0422 | | $28.07 |
| 4/20/2017 1:22:15 PM | Sales - Fingerprint | ($101.27) | 45 | | $37.07 |
| 4/20/2017 11:04:07 AM | Western Union | $60.00 | 33317110 | | $138.34 |
| 4/19/2017 9:04:34 PM | Western Union | $50.00 | 33317109 | | $78.34 |
| 4/12/2017 1:55:10 PM | Sales - Fingerprint | ($128.06) | 66 | | $28.34 |
| 4/12/2017 12:04:29 PM | Western Union | $125.00 | 33317102 | | $156.40 |
| 4/11/2017 3:39:15 PM | Phone Withdrawal | $9.00 | TFN0411 | | $31.40 |
| 4/9/2017 3:16:00 PM | Phone Withdrawal | ($8.00) | TFN0409 | | $22.40 |
| 4/8/2017 6:27:14 PM | Phone Withdrawal | ($8.00) | TFN0408 | | $30.40 |
| 4/8/2017 3:19:33 PM | Phone Withdrawal | ($2.00) | TFN0408 | | $38.40 |
| 4/7/2017 7:05:20 PM | Phone Withdrawal | ($10.00) | TFN0407 | | $40.40 |
| 4/7/2017 3:04:25 PM | Western Union | $50.00 | 33317097 | | $50.40 |
| 4/5/2017 3:00:48 PM | Phone Withdrawal | ($4.00) | TFN0405 | | $0.40 |
| 4/5/2017 11:30:33 AM | Sales - Fingerprint | ($5.55) | 6 | | $4.40 |
| 4/5/2017 11:24:06 AM | Sales - Fingerprint | ($90.34) | 3 | | $9.95 |
| 4/4/2017 8:05:20 PM | Western Union | $50.00 | 33317094 | | $100.29 |
| 4/4/2017 10:04:19 AM | Western Union | $50.00 | 33317094 | | $50.29 |
| 3/28/2017 6:46:07 PM | Phone Withdrawal | ($2.00) | TFN0328 | | $0.29 |
| 3/28/2017 11:14:43 AM | Sales - Fingerprint | ($3.70) | 4 | | $2.29 |
| 3/28/2017 11:11:08 AM | Sales - Fingerprint | ($44.80) | 1 | | $5.99 |
| 3/27/2017 7:06:10 PM | Phone Withdrawal | ($5.00) | TFN0327 | | $50.79 |
| 3/27/2017 7:05:05 PM | Western Union | $40.00 | 33317086 | | $55.79 |
| 3/26/2017 9:20:03 PM | Phone Withdrawal | ($5.00) | TFN0326 | | $15.79 |
| 3/25/2017 6:12:19 PM | Phone Withdrawal | ($8.00) | TFN0325 | | $20.79 |
| 3/24/2017 7:35:21 PM | Phone Withdrawal | ($20.00) | TFN0324 | | $28.79 |
| 3/24/2017 7:33:36 PM | TRUL Withdrawal | ($2.00) | TL0324 | | $48.79 |
| 3/24/2017 7:04:53 PM | Western Union | $50.00 | 33317083 | | $50.79 |

| Date/Time | Type | Amount | Reference | Balance |
|---|---|---|---|---|
| 3/15/2017 11:05:11 AM | Sales - Fingerprint | ($17.49) | 1 | $0.79 |
| 3/14/2017 9:09:12 AM | Phone Withdrawal | $8.12 | TFN0314 | $18.28 |
| 3/12/2017 10:00:59 PM | Phone Withdrawal | ($10.00) | TFN0312 | $10.16 |
| 3/11/2017 7:54:15 PM | Phone Withdrawal | ($10.00) | TFN0311 | $20.16 |
| 3/10/2017 8:26:52 PM | Phone Withdrawal | ($10.00) | TFN0310 | $30.16 |
| 3/10/2017 8:04:45 PM | Western Union | $40.00 | 33317069 | $40.16 |
| 3/10/2017 7:57:45 AM | FRP Single Pymt | $0.00 | SFRP0317 | $0.16 |
| 3/7/2017 12:36:10 PM | Phone Withdrawal | ($12.00) | TFN0307 | $0.16 |
| 3/7/2017 12:03:57 PM | Sales - Fingerprint | ($1.80) | 19 | $12.16 |
| 3/7/2017 12:03:36 PM | Sales - Fingerprint | $2.85 | 18 | $13.96 |
| 3/7/2017 12:00:35 PM | Sales - Fingerprint | ($81.54) | 17 | $11.11 |
| 3/7/2017 9:56:11 AM | Phone Withdrawal | ($2.00) | TFN0307 | $92.65 |
| 3/6/2017 8:27:45 PM | Phone Withdrawal | ($6.00) | TFN0306 | $94.65 |
| 3/5/2017 2:51:48 PM | Phone Withdrawal | ($20.00) | TFN0305 | $100.65 |
| 3/5/2017 2:04:49 PM | Western Union | $120.00 | 33317064 | $120.65 |
| 2/5/2017 8:32:53 PM | Phone Withdrawal | ($3.00) | TFN0205 | $0.65 |
| 2/2/2017 5:33:44 PM | Phone Withdrawal | ($4.00) | TFN0202 | $3.65 |
| 2/1/2017 7:00:02 PM | Phone Withdrawal | ($3.00) | TFN0201 | $7.65 |
| 1/31/2017 12:08:39 PM | Sales - Fingerprint | ($111.11) | 39 | $10.65 |
| 1/30/2017 6:05:34 PM | Phone Withdrawal | ($10.00) | TFN0130 | $121.76 |
| 1/30/2017 1:05:24 PM | Western Union | $100.00 | 33317030 | $131.76 |
| 1/29/2017 10:31:21 PM | TRUL Withdrawal | ($5.00) | TL0129 | $31.76 |
| 1/29/2017 10:01:26 PM | Phone Withdrawal | ($4.00) | TFN0129 | $36.76 |
| 1/29/2017 3:41:42 PM | Phone Withdrawal | ($10.00) | TFN0129 | $40.76 |
| 1/29/2017 2:04:32 PM | Western Union | $50.00 | 33317029 | $50.76 |
| 1/8/2017 4:48:35 PM | Phone Withdrawal | ($2.00) | TFN0108 | $0.76 |
| 12/29/2016 8:08:17 AM | TRUL Withdrawal | ($5.00) | TL1229 | $2.76 |
| 12/27/2016 7:11:10 PM | Phone Withdrawal | ($4.00) | TFN1227 | $7.76 |
| 12/27/2016 11:30:47 AM | Sales - Fingerprint | $3.80 | 9 | $11.76 |
| 12/27/2016 11:29:44 AM | Sales - Fingerprint | $7.30 | 8 | $7.96 |
| 12/27/2016 11:23:30 AM | Sales - Fingerprint | ($99.80) | 7 | $0.66 |
| 12/26/2016 3:04:59 PM | Western Union | $50.00 | 33316361 | $100.46 |
| 12/26/2016 1:04:28 PM | Western Union | $50.00 | 33316361 | $50.46 |
| 12/26/2016 10:47:42 AM | Phone Withdrawal | ($9.00) | TFN1226 | $0.46 |
| 12/26/2016 10:34:31 AM | TRUL Withdrawal | ($2.00) | TL1226 | $9.46 |
| 12/26/2016 10:31:18 AM | Phone Withdrawal | $10.82 | TFN1226 | $11.46 |
| 12/23/2016 4:41:15 PM | Phone Withdrawal | ($11.00) | TFN1223 | $0.64 |
| 12/21/2016 2:44:32 PM | Phone Withdrawal | ($9.00) | TFN1221 | $11.64 |
| 12/20/2016 7:56:38 PM | Phone Withdrawal | ($1.00) | TFN1220 | $20.64 |
| 12/20/2016 6:03:18 PM | Phone Withdrawal | ($3.00) | TFN1220 | $21.64 |
| 12/19/2016 12:26:43 PM | Sales - Fingerprint | ($261.20) | 38 | $24.64 |
| 12/18/2016 5:26:58 PM | TRUL Withdrawal | ($5.00) | TL1218 | $285.84 |
| 12/18/2016 5:21:19 AM | Lockbox - CD | $12.84 | 70123402 | $290.84 |
| 12/17/2016 10:06:53 PM | TRUL Withdrawal | ($2.00) | TL1217 | $278.00 |
| 12/17/2016 7:14:09 PM | Phone Withdrawal | ($20.00) | TFN1217 | $280.00 |
| 12/17/2016 5:05:01 PM | Western Union | $300.00 | 33316352 | $300.00 |
| 12/7/2016 3:14:05 AM | Transfer - In from TRUFACS | $0.00 | TX120716 | $0.00 |
| 12/6/2016 3:13:53 AM | Transfer - Out to TRUFACS | $0.00 | TX120616 | $0.00 |