Revised 05/01 WDNY

# AUTHORIZATION

**PRISONER'S CIVIL ACTION FILING FEE**
**WESTERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 05 2017
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

I, (print name) _____Craig Alexander_____, request and authorize the agency holding me in custody, to send to the Clerk of the United States District Court, Western District of New York, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent), and to disburse those amounts from my account to the United States District Court for the Western District of New York.

*This Authorization shall apply to any other agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil action, and I understand that I must pay the total amount of the filing fee, which is **$350.00**.

**I understand that by signing this authorization, the entire filing fee of $350.00 will be paid to the court in installments by automatic deductions from my prison trust fund account <u>even if my case is dismissed before the entire amount of the fee has been deducted from my account</u>.**

Dated: _____June 23_____, 20 17

_____C. Alexander_____
Signature of prisoner

_____Craig Alexander_____
Printed name of prisoner

21707-052   2
Inmate number of prisoner